UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT CHARLES JONES,<br><br>                Plaintiff,<br><br>v.<br><br>ISIDRO BACA, et al.,<br><br>                Defendants. | Case No. 3:16-CV-0001-RCJ (VPC)<br><br>**ORDER** |

This case is referred to the Pilot Pro Bono Program ("Program) adopted in General Order 2016-02 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for plaintiff. The scope of appointment shall be for the limited purpose of representing plaintiff at the inmate mediation conference. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly,

IT IS HEREBY ORDERED that this case is referred to the Pilot Pro Bono Program for the limited appointment of counsel for the purposes identified herein.

IT IS FURTHER ORDERED that the Clerk shall also forward this order to the Pro Bono Liaison.

**IT IS SO ORDERED.**

DATED: November 29, 2016.

_____
UNITED STATES MAGISTRATE JUDGE