ADAM PAUL LAXALT
Nevada Attorney General
ERIN L. ALBRIGHT
Deputy Attorney General
Nevada Bar No. 9953
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: 775-684-1257
Email: ealbright@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas and Isidro Baca*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT C. JONES,<br><br>          Plaintiff,<br><br>v.<br><br>ISIDRO BACA, et al.,<br>          Defendants. | Case No. 3:16-CV-00001-RCJ-VPC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Defendants, Romeo Aranas and Isidro Baca, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, and Plaintiff, Robert C. Jones, by and through counsel, Lynne Bigley, Esq., hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

DATED this 14th day of November, 2017.

By: /s/ Lynne Bigley
Lynne Bigley, Esq.
1875 Plumas Street #1
Reno, NV 89509
(775) 333-7878
lynne@ndalc.org
Attorney for Plaintiff

DATED this 14th day of November, 2017.

OFFICE OF THE ATTORNEY GENERAL

By: /s/ Erin L. Albright
Erin L. Albright, SBN 9953
100 N. Carson Street
Carson City, NV 89701
(775) 684-1257
ealbright@ag.nv.gov
Attorneys for Defendants

1  IT IS SO ORDERED.
2  DATED this ___15___ day of ___November___, 2017.
3
4
5                                                       _____
6                                                       DISTRICT JUDGE
7

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

2